NUMBER
13-05-665-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_________________________________________________________

 

         IN THE INTEREST OF B.B., B.B., AND B.B., CHILDREN

_________________________________________________________

 

                  On
appeal from the 359th District Court

                        of
Montgomery County, Texas.

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 

Appellant, BRIAN BETTENCOURT, perfected an appeal from
a judgment entered by the 359th District Court of Montgomery
County, Texas, in cause number 03-12-08808-CV.  After the record was filed, appellant filed
an unopposed motion to enter an agreed order disposing of all issues on
appeal.  In the motion, appellant
requests that this Court reverse and remand this matter to the trial court for
entry of judgment in accordance with the parties= settlement agreement.








The Court, having considered the documents on file and the unopposed
motion to enter an agreed order disposing of all issues on appeal, is of the
opinion that the motion should be granted. 
Appellant=s unopposed motion is
granted.  The judgment of the trial court
is REVERSED and the matter is REMANDED to the trial court for entry of judgment
in accordance with the parties= agreement.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 9th
day of March, 2006.